**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

**CHARLIE B. BUSH, JR.,**

    **Plaintiff,**

  **vs.**

**MAPES INC.,**

    **Defendant.**

**4:16CV3136**

**ORDER**

This matter is before the Court on Plaintiff Charlie Bush's Motion for Leave to Proceed in Forma Pauperis, ECF No. 37, in his pro se appeal of the Court's Order, ECF No. 34. *See* Notice of Appeal, ECF No. 36. The Court previously allowed Bush to proceed in forma pauperis in this action. *See* ECF No. 5. Therefore, under Federal Rule of Appellate Procedure 24(a)(3), he may proceed in forma pauperis "without further authorization." Finding that none of the conditions articulated in Rule 24(a)(3)(A) or (B) applies, the Court will grant the motion. Accordingly,

IT IS ORDERED:

1. Plaintiff Charlie Bush's Motion for Leave to Proceed in Forma Pauperis, ECF No. 37, is granted; and

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 21st day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge